IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

DARRYL F. GIPSON,                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )    No. 13 C 9272
                                     )
SECURITAS, USA and SEIU LOCAL 1,     )
                                     )
          Defendants.                )

                        MEMORANDUM ORDER

    Darryl Gipson ("Gipson") has filed what must be characterized as a non-Complaint, utilizing the printed form made available by the Clerk's Office for use by pro se plaintiffs claiming violations of their constitutional rights.  Although Gipson has filled in two blanks on page 1 of that form by inserting (1) the caption employed in this memorandum order and (2) his own name as plaintiff in Complaint ¶3, everything else in the form has been left totally blank between those two items and the inclusion of Gipson's signature, mailing address and telephone number on page 5.  Gipson has also tendered three other Clerk's-Office-supplied documents:  an Appearance Form for Pro Se Litigants, an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion").

    No explanation is really needed to support this Court's determination that Gipson's filing (or more accurately nonfiling) plainly "fails to state a claim on which relief may be granted,"

so that 28 U.S.C. 2§1915(e)(2)(B)(ii) calls for dismissal of the case. This Court so orders and hence denies both the Application and the Motion as moot.

                                                _____
                                                Milton I. Shadur
                                                Senior United States District Judge

Dated:      January 3, 2014